**CAMPANELLI & ASSOCI**
ATTORNEYS AND COUNSELOR

1757 Merrick Avenue · Suite 204 · Merrick
Telephone (516)746-160
Facsimile (516) 746-261

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Philip A. Salmon

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___________
DATE FILED: 11/4/2026

November 2, 2026

*Via ECF*
Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Jomarluis Rojas Dominguez v. City of Clifton, et al.
Docket No.: 1:26-cv-5662

Dear Judge Torres:

My firm represents the Plaintiff within the above-captioned matter. We respectfully request, with the consent of Defendants City of Clifton, New Jersey New Trimble Auto and the City of New York, a two-week extension of the deadline to submit the parties' joint letter and Case Management Plan, from November 3, 2026, to November 17, 2026.

The basis for this request is that Defendants City of Clifton, New Jersey and New Trimble Auto were previously granted an extension of time to answer or otherwise appear in this action through November 9, 2026. In light of that extension, the parties respectfully submit that additional time is warranted to permit Defendants to appear and allow the parties to confer and prepare a mutually agreed-upon Case Management Plan. This request is made in good faith, is not intended to cause delay, and will not prejudice any party.

Accordingly, the parties respectfully request that the Court extend the deadline for submission of the joint letter and Case Management Plan from November 3, 2026, through November 17, 2026.

Thank you for the Court's consideration of this request.

Respectfully submitted,

/s/ Philip A. Salmon
Philip A. Salmon

GRANTED. By **November 17, 2026**, the parties shall file their joint letter and proposed case management plan. All future requests for extension of time shall be filed at least 48 hours in advance of the deadline, pursuant to Rule I(C) of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: November 4, 2026
New York, New York

ANALISA TORRES
United States District Judge