USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 11/16/2026

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JONATHAN HUTCHINSON**
*Senior Counsel*
Tel.: (212) 356-2410
jhutchin@law.nyc.gov

November 13, 2026

**VIA ECF**
Honorable Analisa Torres
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re: Jomarluis Rojas Dominguez v. City of New York, et al.,
26 Civ. 5662 (AT) (GS)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for defendant City of New York ("City") in the above-mentioned matter. Defendant City writes to respectfully request a thirty (30) day extension of the deadline for the parties to file a joint letter and proposed case management plan, from November 17, 2026 to December 17, 2026. This is the parties' second such request. Counsel for plaintiff, Philip A. Salmon, Esq., and for defendants the City of Clifton, New Jersey ("City of Clifton") and New Trimble Auto Body Inc. ("New Trimble"), Scott DeRosa, Esq., consent to this request.

By way of background, on November 2, 2026, plaintiff, on consent of the defendants, requested an extension of the parties' deadline to file their joint letter and proposed case management plan, on the basis that the deadline for defendants the City of Clifton and New Trimble to respond to the Complaint had been extended to November 9, 2026, beyond the original deadline of November 3, 2026 to file the proposed case management plan. See ECF Nos. 17, 25. On November 4, 2026, the Court granted plaintiff's request to extend the parties' deadline to submit a joint letter and proposed case management plan, and set a new deadline of November 17, 2026 to do so. See ECF No. 26.

On November 10, 2026, the Court granted a second request to extend the deadline for defendants City of Clifton and New Trimble to respond to the Complaint, to December 9, 2026. See ECF No. 28. For that reason, defendants respectfully request that the Court further extend the parties' deadline to file a joint letter and proposed case management plan beyond that December 9, 2026 deadline, to December 17, 2026.

For the foregoing reasons, defendant City respectfully requests, on consent of the parties, a thirty (30) day extension of the deadline for the parties to file a joint letter and proposed case management plan, from November 17, 2026 to December 17, 2026.

Thank you for your consideration herein.

Respectfully submitted,

/s/ Jonathan Hutchinson
Jonathan Hutchinson
*Senior Counsel*
Special Federal Litigation Division

cc: **BY ECF**
Philip Anthony Salmon, Esq.
*Attorney for Plaintiff*

**BY E-MAIL**
Scott DeRosa, Esq.
*Attorney for Defendants City of Clifton, New Jersey and New Trimble Auto Body, Inc.*
sderosa@cliftonnj.org

GRANTED. By **December 17, 2026**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ANALISA TORRES
United States District Judge